UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CANON USA INC,<br><br>        Defendant. | CASE NO. C15-922 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |

THIS MATTER comes before the Court on Plaintiff's request to continue the deadline to respond to Defendant's motion to dismiss, (Dkt. No. 15), which the Court construes as a motion for extension of time. Having reviewed the motion, Defendant's response, (Dkt. No. 16), and the related record, the Court hereby GRANTS the motion.

On the due date for a response to Defendant's motion to dismiss, Plaintiff filed a declaration indicating Plaintiff's counsel has pneumonia and requires two weeks to recover. (Dkt. No. 15.) On that basis, Plaintiff requests that the Court extend his deadline to respond to Defendant's motion to dismiss to September 14, 2015. (Id. at 1.) Defendant opposes the extension. (Dkt. No. 16.)

Under Federal Rule of Civil Procedure 6(b), the Court, for good cause, may grant an extension of time. Here, the Court finds good cause supports the extension. Accordingly, the Court GRANTS Plaintiff's motion.

The clerk is directed to renote Defendant's motion to dismiss, (Dkt. No. 6), to September 18, 2015. Plaintiff is directed to file a response to Defendant's motion to dismiss on or by September 14, 2015. Defendant may file its reply on or by September 18, 2015.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 9th day of September, 2015.

Marsha J. Pechman
United States District Judge